IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Clint D. Bourne, ) | No. CV 02-2565-PHX-DGC (ECV) |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Bomax, Inc., et al., ) | |
| Defendants. ) | |

      Pending before the court is Plaintiff's Motion to Strike Answer and Enter Default (Doc. #60), filed on January 5, 2006. Plaintiff contends in his motion that Defendants have repeatedly failed to comply with discovery orders issued by the court and that a default judgment against them is the appropriate remedy. However, many of the "facts" listed by Plaintiff to support his motion are simply false. For example, Plaintiff asserts that Defendants have not complied with the court's orders to provide him with their initial disclosure statement. But, Document #57 filed on September 14, 2005 is a Notice of Service of Defendants' Rule 26 Disclosure Statement indicating that it was sent to Plaintiff on that date. Other purported "facts" are similarly flawed. Although there is no question that Defendants have failed to meet numerous discovery deadlines, the court finds that because the required disclosures were eventually submitted a default judgment is not an appropriate sanction at this time.

      However, Plaintiff accurately points out that Defendants have failed to comply with the court's most recent discovery order. On November 3, 2005, the court permitted Plaintiff to send up to ten new non-uniform interrogatories to Defendants by November 18, 2005,

1 which he did. Doc. #59, #60 at Exh. 1. Defendants were ordered to respond to the
2 interrogatories on or before December 16, 2005. Doc. #59. In their response to the motion
3 before the court however, which was filed on January 19, 2006, Defendants state that they
4 anticipate submitting their answers in the "near future." Doc. #61. When the court has
5 ordered that they respond by a date certain, Defendants are not free to simply respond at their
6 leisure. With the end of February approaching, Defendants have still not submitted their
7 answers to the interrogatories. Accordingly, if Defendants do not submit full and complete
8 answers to the interrogatories or move for a protective order on or before March 3, 2006, the
9 court will order Defendants to show cause why they should not be held in contempt of court
10 and sanctioned as appropriate.

**IT IS THEREFORE ORDERED:**

That Plaintiff's Motion to Strike Answer and Enter Default (Doc. #60) is **denied**; and

That on or before **March 3, 2006,** Defendants shall submit full and complete answers to the interrogatories or, if a basis exists, move for a protective order.

DATED this 22nd day of February, 2006.

Edward C. Voss
United States Magistrate Judge